**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JESUS GONZALEZ, *an individual*,

Plaintiff, CASE NO.: 1:24-cv-23276-CMA

vs.

SABUGO FAMILY HOLDINGS LLC, *a Florida limited liability company,*

Defendant.
_______________________________________/

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, JESUS GONZALEZ, and Defendant, SABUGO FAMILY HOLDINGS LLC, by and through undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees, except as stated in the parties' settlement agreement.

DATED: **November 19, 2024**

Respectfully submitted,

By: /s/ Nolan Klein
Nolan Klein, Esq.
Fla. Bar No. 647977
Law Offices of Nolan Klein, P.A.
5550 Glades Road, Ste. 500
Boca Raton, FL 33431
Ph: (954) 745-0588
klein@nklegal.com
Joshua M. Entin, Esq.
Fla. Bar No. 493724
Entin Law Group, P.A.
1213 S.E. 3rd Avenue
Fort Lauderdale, FL 33316
Ph : (954) 761-7201
josh@entinlaw.com
*Attorneys for Plaintiff*

By: /s/ Luis F. Navarro
Luis F. Navarro, Esq.
Fla. Bar No. 629359
NAVARRO
*Attorneys at Law*
Counsel for Sabugo Family Holding LLC
66 W. Flagler Street, 6th Floor
Miami, FL 33130
Tel: (305) 447-8707
Fax: (305) 447-3787
lou@nmbesq.com
mromo@nmbesq.com
*Attorneys for Defendant*